IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, AMERICAN RIVERS, PRAIRIE RIVERS NETWORK, MISSOURI COALITION FOR THE ENVIRONMENT, and GREAT RIVERS HABITAT ALLIANCE,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, LT. GENERAL SCOTT A SPELLMON, Commanding General and Chief of Engineers, MAJOR GENERAL DIANA M. HOLLAND, Commander of the Mississippi Valley Division of the Army Corps of Engineers,<br><br>        Defendants. | CASE NO. 20-cv-00443-DWD |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's August 28, 2020 Order, ECF No. 25, the Parties hereby submit this joint proposed briefing schedule seven days after the Federal Defendants lodged their Supplemental Administrative Record. The Parties respectfully submit that their proposal for an enlargement of the page limits set forth in Local Rule 7.1 is appropriate because: 1) of the complexity of this case; 2) this case should be resolved based upon the Parties' cross-motions for summary judgment. The following proposed briefing schedule will provide the Parties with sufficient time and pages, and will promote judicial efficiency by resolving this case through summary judgment.

- Plaintiffs shall file an opening brief of no more than 40 pages in support of their motion for summary judgment by February 15, 2021;

- Defendants shall file a combined brief of no more than 50 pages in opposition to Plaintiffs' motion and in support of Defendants' cross-motion for summary judgment by April 15, 2021;

- Plaintiffs shall file a combined brief of no more than 25 pages in opposition to Defendants' motion for summary judgment and reply in support of Plaintiff's motion for summary judgment by June 1, 2021;

- Defendants shall file a reply brief of no more than 15 pages in support of their motion for summary judgment by July 1, 2021.

Respectfully submitted this 11th day of December, 2020.

PAUL E. SALAMANCA
DEPUTY ASSISTANT ATTORNEY GENERAL

STEVEN D. WEINHOEFT
United States Attorney

*/s/   Matthew Marinelli*
MATTHEW MARINELLI
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0293
Fax: (202) 305-0506
Matthew.Marinelli@usdoj.gov

*s/ Nathan D. Stump by Matthew*
*Marinelli pursuant to permission*
NATHAN D. STUMP
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62280
Tel: 618.628.3710
Fax: 618.628.3810
nathan.stump@usdoj.gov

*/s/ Stephan C. Volker -- Lead Counsel by*
*Matthew Marinelli pursuant*
*to written permission on December 11, 2020*
STEPHAN C. VOLKER (*pro hac vice*)
ALEXIS E. KRIEG (*pro hac vice*)
STEPHANIE L. CLARKE (*pro hac vice*)
JAMEY M.B. VOLKER (*pro hac vice*)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94612
Tel:    510/496-0600   Fax: 510/845-1255
svolker@volkerlaw.com
akrieg@volkerlaw.com
sclarke@volkerlaw.com
jvolker@volkerlaw.com

*/s/ Bruce A. Morrison by*
*Matthew Marinelli pursuant*
*to written permission on December 11, 2020*
BRUCE A. MORRISON
GREAT RIVERS ENVIRONMENTAL LAW CENTER
319 North Fourth Street, Suite 800
St. Louis, Missouri 63102
Tel:    314/231-4181   Fax: 314/231-4184

bamorrison@greatriverslaw.org

Attorneys for Plaintiffs
NATIONAL WILDLIFE FEDERATION, et al.