IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, AMERICAN RIVERS, PRAIRIE RIVERS NETWORK, MISSOURI COALITION FOR THE ENVIRONMENT, and GREAT RIVERS HABITAT ALLIANCE,<br><br>                                      Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, LT. GENERAL SCOTT A SPELLMON, Commanding General and Chief of Engineers, MAJOR GENERAL DIANA M. HOLLAND, Commander of the Mississippi Valley Division of the Army Corps of Engineers,<br><br>                                      Defendants. | CASE NO. 20-cv-00443-DWD |

**FEDERAL DEFENDANTS' MOTION FOR A STATUS CONFERENCE AND TO RESCHEDULE THE AUGUST 24, 2021 HEARING**

      Defendants United States Army Corps of Engineers, General Spellmon, and General Holland respectfully move for this Court to set a status conference to discuss: 1) the manner in which it would like to receive the administrative record in this case; and 2) Federal Defendants' request to reschedule the August 24, 2021 Summary Judgment hearing in this case. Plaintiffs have not yet responded to Federal Defendants' requests for their position on this motion. In support of this Motion, Federal Defendants state the following:

      1)  On August 28, 2020, the Court ordered the United States to serve Plaintiffs with a copy of the administrative record by October 1, 2020. ECF No. 25. The Court also ordered the parties to engage in a process to resolve any disputes regarding the administrative record's completeness. *Id*. The Court did not specify how or when the Parties should provide the administrative record, or an appendix of the administrative record, to the Court.

      2)  On October 1, 2020 Federal Defendants filed a notice of lodging the administrative

1

record in this case, a declaration certifying the record, and an index of the record. Federal Defendants also served Plaintiffs with a copy of the record on October 1. ECF No. 26. Consistent with the Parties' agreement that it would be more efficient to provide a single transmission to the Court containing the administrative record and any supplement, Federal Defendants did not provide a copy of the record to the Court on October 1.

3) On October 5, 2020 Judge Rosenstengel reassigned the case to Judge Dugan, preserving all deadlines set forth in the August 28 order. ECF No. 28.

4) On December 4, 2020, Federal Defendants filed a notice of lodging the supplemental administrative record in this case, a declaration certifying the supplemental record, and an index of the record. Federal Defendants also served Plaintiffs with a copy of the record on December 4. ECF No. 26. As the Parties discussed at the time, Federal Defendants did not provide a copy of the record to the Court on December 4, in part, in an effort to minimize trips to the office due to concerns regarding the ongoing pandemic. As supplemented, the record is comprised of 1,221 documents (49,644 pages).

5) On July 8, this Court set a hearing on the Parties' cross-motions for summary judgment for August 24, 2021. ECF No. 44.

6) Counsel for Federal Defendants is scheduled to be on leave due to a personal scheduling conflict on August 24, 2021.

7) On July 9, 2021, counsel for Federal Defendants conferred with counsel for Plaintiffs via phone and email. On July 12 and 13, counsel for Federal Defendants again conferred with counsel for Plaintiffs via email. Counsel for Plaintiffs stated that he was unavailable until the afternoon of July 16 to participate in a call to the Court's chambers to discuss: 1) providing the administrative record to the Court and 2) rescheduling the August 24 hearing.

8) Federal Defendants thus respectfully seek a status conference to discuss the format in which the Court prefers to receive the administrative record (*e.g.*, thumb drive containing the entire record, paper copies of an appendix of the cited document) and the number of copies that the Court wishes to receive, as well as Federal Defendant's request to reschedule the August 24 hearing. Federal Defendants submit that a status conference will facilitate providing the Court with the administrative record in an efficient manner.

9) Plaintiffs have not provided their position regarding this motion, but have generally stated their desire that Federal Defendants provide the Court with an electronic copy of the entire administrative record.

Respectfully submitted this 13th day of July, 2021.

JEAN E. WILLIAMS
ACTING ASSISTANT ATTORNEY GENERAL

*/s/   Matthew Marinelli*
MATTHEW MARINELLI
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044-7611
Tel: (202) 305-0293
Fax: (202) 305-0506
Matthew.Marinelli@usdoj.gov

STEVEN D. WEINHOEFT
United States Attorney

*s/ Nathan D. Stump pursuant to authorization on July 13, 2021*
NATHAN D. STUMP
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62280
Tel: 618.628.3700
Fax: 618.628.3810
nathan.stump@usdoj.gov