IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, ET AL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Case No. 3:20-cv-443-DWD |
| UNITED STATES ARMY CORPS OF ENGINEERS, ET AL, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 55) entered by this Court on January 22, 2022, Judgment is entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

**DATED: January 25, 2022**

MARGARET M. ROBERTIE, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**